PETER GOODMAN
Attorney at Law
State Bar No. 65975
400 Montgomery Street, Second Floor
San Francisco, California  94104
Telephone: (4l5) 781-8866
Facsimile:   (415) 781-2266
goodmanlawoffice@att.net

Attorney for Defendant
MARIO OCHOA-GONZALEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MARIO OCHOA-GONZALEZ, <br><br> Defendant. | CR-12-0736 SI <br><br> STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CHANGE OF PLEA HEARING |

The United States of America, by its attorneys, Melinda Haag, United States Attorney, and Assistant United States Attorney ("AUSA") W.S. Wilson Leung, and defendant MARIO OCHOA-GONZALEZ, by his attorney, Peter Goodman, hereby submit this Stipulation and [Proposed] Order requesting that the December 6, 2012, date currently set for the defendant's Change of Plea in this matter be continued to January 11, 2013.

The parties hereby stipulate and agree to the following:

1.     On October 15, 2012, an Information was filed in this matter charging defendant OCHOA with violations of 21 U.S.C. §841(a)(1) and (b)(1)(C), and 18 U.S.C. §§924(c)(1)(A) and 2.  Defendant OCHOA appeared for arraignment that day, entered not guilty pleas to those two charges and the matter was continued to November 30,

1  2012, at 11:00 a.m., for Change of Plea before this Court.

2      2.    A scheduling conflict developed which prevented defense counsel from
3  appearing before this Court on November 30, 2012, and the matter was continued to
4  December 6, 2012, at 3:30 p.m.

5      3.    Defendant OCHOA needs additional time to decide whether to enter guilty
6  pleas to the two charges contained in the information and has requested that the matter
7  be continued to January 11, 2013, at 11:00 a.m.  AUSA Leung is not opposed to the
8  requested continuance.

9      4.    Should this request be granted, the parties stipulate and agree that time
10  should properly be excluded under the Speedy Trial Act from December 6, 2012,
11  through January 11, 2013, in the interests of justice and to ensure effective assistance
12  of counsel.

SO STIPULATED

DATED:   December 5, 2012

                    MELINDA HAAG
                    United States Attorney

By:   /s/
      W.S. WILSON LEUNG
      Assistant United States Attorney

SO STIPULATED

DATED:   December 5, 2012

                 /s/
                PETER GOODMAN
                Attorney for Defendant
                MARIO OCHOA-GONZALEZ

///

///

///

|   |   |
|---|---|
| 1 | ORDER CONTINUING CHANGE OF PLEA HEARING |
| 2 | Based on the stipulation of the parties and good cause appearing, IT IS HEREBY |
| 3 | ORDERED that the Change of Plea hearing in this matter, which is presently scheduled |
| 4 | for December 6, 2012, at 3:30 p.m., be continued to January 11, 2013, at 11:00 a.m. |
| 5 | and that time under the Speedy Trial Act be excluded through January 11, 2013. |
| 6 | DATED: 12/06/2012 |

_____
SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE